# United States Bankruptcy Court
### District of Arizona

In re **Michael Lysle Abney**
**Teresa Mary Abney**
Debtor(s)

Case No. **4:09-bk-15897**
Chapter **7**

## Notice of Change of Address

Debtor's Social Security Number: **xxx-xx-5580**

Joint Debtor's Social Security Number: **xxx-xx-0467**

**My (Our) Former Mailing Address and Telephone Number was:**

Name: **Michael Lysle Abney and Teresa Mary Abney**

Street: **5156 W. Condor Drive**

City, State and Zip: **Tucson, AZ 85742**

Telephone #:

**Please be advised that effective _____, 20___,
my (our) new mailing address and telephone number is:**

Name: **Michael Lysle Abney and Teresa Mary Abney**

Street: **15255 N. Frank Lloyd Wright Blvd., Apt. #1022**

City, State and Zip: **Scottsdale, Arizona 87260**

Telephone #:

**/s/ Michael Lysle Abney**
**Michael Lysle Abney**
Debtor

**/s/ Teresa Mary Abney**
**Teresa Mary Abney**
Joint Debtor